

BRAD A. MOKRI (SBN 208213)
LAW OFFICES OF MOKRI & ASSOCIATES
1851 E. 1st Street # 900
Santa Ana, CA 92705
Phone: (714) 619-9395
Fax: (714) 619-9396

Attorney for Plaintiff
HERITAGE PACIFIC FINANCIAL LLC.

abas FILED

JUN - 7 2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

BY FAX

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

ERIC V. AND JESSICA L. BEELARD

　　　　　Debtor.
_____
HERITAGE PACIFIC FINANCIAL, LLC.
D/B/A HERITAGE PACIFIC FINANCIAL, a
Texas Limited Liability Company,

　　　　　Plaintiff,
　　vs.

ERIC V. AND JESSICA L. BEELARD,

　　　　　Defendant.

) Bankruptcy No. : 10-47133-B-
) Adversary Case No.: 2010-02798
)
)
)
)
) ORDER ON SUBSTITUTION OF
) ATTORNEY FOR PLAINTIFF
) HERITAGE PACIFIC FINANCIAL, LLC
)
)
)
)
)
)
)
)
)
)

　　　Please take notice that Plaintiff HERITAGE PACIFIC FINANCIAL, LLC dba Heritage Pacific Financial hereby consents to the substitution of the following attorneys who will act as counsel for Plaintiff HERITAGE PACIFIC FINANCIAL, LLC in the above-captioned proceedings.

---

ORDER ON SUBSTITUTION OF ATTORNEY

- 1 -

I consent to this substitution:

Dated: May 11, 2011

By: /s/ Ben Ganter
Ben Ganter
Director of Client Relations
For Plaintiff Heritage Pacific Financial, LLC

I consent to this substitution (former attorney).

Dated: May 11, 2011

By: /s/ Justin T. Ryan
Justin T. Ryan
Attorney at Law

I consent to this substitution on behalf of the Law Offices of Mokri & Associates

Dated: May 11, 2011

By: /s/ Brad A. Mokri
Attorney at Law

IT SO ORDERED

Date: JUN - 7 2011

Thomas C. Holman
U.S. BANKRUPTCY JUDGE

ORDER ON SUBSTITUTION OF ATTORNEY

-2-